B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Western District of Pennsylvania

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**D'Elia Wittkofski Incorporated** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**25-1481128** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2840 Liberty Avenue**<br>**Pittsburgh, PA**<br>ZIP Code **15222** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Allegheny** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)          Page 2

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **D'Elia Wittkofski Incorporated** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) — Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **D'Elia Wittkofski Incorporated** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Kathryn L. Harrison**
Signature of Attorney for Debtor(s)

**Kathryn L. Harrison 209601**
Printed Name of Attorney for Debtor(s)

**Campbell & Levine, LLC**
Firm Name

**310 Grant Street, Suite 1700**
**Pittsburgh, PA 15219**

Address

**412-261-0310  Fax: 412-261-5066**
Telephone Number

**November 22, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Cecil Foster**
Signature of Authorized Individual

**Cecil Foster**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 22, 2015**
Date

## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS IN LIEU OF A SPECIAL MEETING OF THE BOARD OF DIRECTORS

The undersigned, being sole director of D'ELIA WITTKOFSKI INCORPORATED (the "Corporation"), a Pennsylvania corporation, hereby adopt and ratify the following resolutions with the same force and effect as if adopted and ratified at a duly convened special meeting of the Board of Directors.

WHEREAS, the Board of Directors of the Corporation has considered the business and financial condition and results of operations of the Corporation and has determined that it is in the best interests of the Corporation to file a voluntary petition in the United States Bankruptcy Court for the Western District of Pennsylvania pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

NOW, THEREFORE IT HEREBY:

RESOLVED, that the filing by the Corporation of a petition for relief under Chapter 11 of Title 11 of the United States Code, in the United States Bankruptcy Court for the Western District of Pennsylvania is authorized; and it is further

RESOLVED, that Cecil Foster (the "Authorized Officer") shall be, and hereby is, authorized, empowered, and directed on behalf of and in the name of the Corporation to execute, verify, and deliver all documents, including, without limitation, a petition, schedule of assets and liabilities, statement of financial affairs, and other ancillary documents, necessary to validly perfect the filing of a Chapter 11 voluntary bankruptcy case; and it is further

RESOLVED, that the Authorized Officer shall be, and hereby is, hereby authorized, empowered and directed on behalf of and in the name of the Corporation to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute, verify, and deliver all necessary documents in connection with such bankruptcy case, with a view to successful prosecution of such bankruptcy case; and it is further

RESOLVED, that the Corporation be, and it hereby is, authorized, to the extent applicable, to obtain the use of cash collateral, in such amounts and on such terms as may be agreed by the Authorized Officer, including the grant of replacement liens, as is reasonably necessary for the continuing conduct of the affairs of the Corporation; and it is further

RESOLVED, that the Authorized Officer shall be, and hereby is, authorized, empowered, and directed, with full power of delegation, on behalf of and in the name of the Corporation, to execute, verify and/or file, cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein), and to amend, supplement, or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings, and other documents, agreements, and papers and to take any and all actions that the Authorized Officer deems necessary or appropriate; each in connection with the Corporation's bankruptcy case or any cash collateral usage contemplated hereby; and it is further

RESOLVED, that the Authorized Officer shall be, and hereby is, authorized, empowered and directed on behalf of, and in the name of, the Corporation to retain and to employ Campbell & Levine, LLC to represent the Corporation as general bankruptcy counsel and such other attorneys, investment bankers, accountants, financial advisors, and other professionals to assist in the Corporation's bankruptcy case on such terms as are deemed necessary, proper, or desirable by the Authorized Officer; and in connection therewith, the Authorized Officer is hereby authorized, directed, and empowered, on behalf of the Corporation, to execute appropriate retention agreements, pay appropriate retainers and cause to be

{C0429019.1 }

filed an appropriate application for authority to retain the services of such professionals in the Corporation's bankruptcy case; and it is further

RESOLVED, that the Authorized Officer, and any employees or agents (including counsel) designated by or directed by the Authorized Officer, shall be, and each hereby is, authorized, empowered, and directed to cause the Corporation to enter into, execute, deliver, certify, fire, record, and perform such agreements, instruments, motions, affidavits, applications for approval, or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of the Authorized Officer shall be necessary, proper, and desirable to prosecute to a successful completion of the Corporation's bankruptcy case, to effectuate the restructuring of the Corporation's debt, other obligations, organizational form and structure, and ownership of the Corporation and its subsidiaries consistent with the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidence by the taking of such actions; and it is further

RESOLVED, that any specific resolutions that may be required to have been adopted by the board of directors of the Corporation to effectuate the matters and transactions contemplated by the foregoing resolutions be, and they hereby are, adopted, and the directors, officers, and authorized representatives of the Corporation be, and each of them acting alone hereby is, authorized in the name and on behalf of the Corporation to certify as to the adoption of any and all such resolutions; and it is further

RESOLVED, that the Authorized Officer shall be, and hereby is, authorized, empowered, and directed on behalf of the Corporation and in its name to take or cause to be taken all actions and to execute and deliver all such instruments that the Authorized Officer determines are necessary or desirable in connection with the foregoing resolutions; and it is further

RESOLVED, that all of the acts and transactions heretofore taken by the officers and directors of the Corporation or of the Corporation in connection with or otherwise in contemplation of the transactions contemplated by any of the foregoing resolutions be and they hereby are confirmed, approved and ratified.

WHEREFORE, the undersigned have duly affixed his signature on the date indicated opposite his signature.

Dated: 11/20/15

_____
CECIL FOSTER

{C0429019.1 }

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **D'Elia Wittkofski Incorporated**         Case No.
                    Debtor(s)                    Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **SJS Development Company, Inc.**<br>2840 Liberty Ave.<br>Pittsburgh, PA 15222 | **SJS Development Company, Inc.**<br>2840 Liberty Ave.<br>Pittsburgh, PA 15222 | **Judgment Creditor** | **Disputed** | 319,830.91 |
| **RJW Media, Inc.**<br>12827 Frankstown Rd., Ste. B<br>Pittsburgh, PA 15235 | **RJW Media, Inc.**<br>12827 Frankstown Rd., Ste. B<br>Pittsburgh, PA 15235 | **Trade Debt** | | 235,818.61 |
| **Lamar Companies**<br>5321 Corporate Blvd.<br>Baton Rouge, LA 70808 | **Lamar Companies**<br>5321 Corporate Blvd.<br>Baton Rouge, LA 70808 | **Trade Debt** | | 111,550.00 |
| **PNC Bank, N.A.**<br>One PNC Plaza<br>249 Fifth Avenue<br>Pittsburgh, PA 15222 | **PNC Bank, N.A.**<br>One PNC Plaza<br>249 Fifth Avenue<br>Pittsburgh, PA 15222 | **Ordinary business purchases open credit account-business debt** | | 105,734.97 |
| **American Express**<br>PO Box 1270<br>Newark, NJ 07101-1270 | **American Express**<br>PO Box 1270<br>Newark, NJ 07101-1270 | **Ordinary business purchases open credit account - business debt** | | 75,000.00 |
| **National Cinemedia, LLC**<br>9110 East Nichols Ave. Ste. 200<br>Centennial, CO 80112 | **National Cinemedia, LLC**<br>9110 East Nichols Ave. Ste. 200<br>Centennial, CO 80112 | **Trade Debt** | | 56,066.86 |
| **Port Authority of Allegheny County**<br>**Accounts Receivable**<br>**345 Sixth Avenue**<br>Pittsburgh, PA 15222-2527 | **Port Authority of Allegheny County**<br>**Accounts Receivable**<br>**345 Sixth Avenue**<br>Pittsburgh, PA 15222-2527 | **Trade Debt** | | 55,300.00 |
| **Zap Solutions**<br>127 Anderson St.<br>Pittsburgh, PA 15212 | **Zap Solutions**<br>127 Anderson St.<br>Pittsburgh, PA 15212 | **Trade Debt** | **Disputed; Contingent; Subject to Set-Off** | 42,650.00 |
| **PA Department of Revenue**<br>P.O. Box 280405<br>Harrisburg, PA 17128 | **PA Department of Revenue**<br>P.O. Box 280405<br>Harrisburg, PA 17128 | **Taxes** | **Disputed; Contingent; Subject to Set-Off** | 34,354.62 |

B4 (Official Form 4) (12/07) - Cont.

In re **D'Elia Wittkofski Incorporated** _____ Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Laurel Valley Graphics<br>1511 Monastery Drive<br>Latrobe, PA 15650 | Laurel Valley Graphics<br>1511 Monastery Drive<br>Latrobe, PA 15650 | Trade Debt | | 33,657.62 |
| DiPardo Baldacci & Co., P.C.<br>2901 Banksville Road<br>Pittsburgh, PA 15216 | DiPardo Baldacci & Co., P.C.<br>2901 Banksville Road<br>Pittsburgh, PA 15216 | Trade Debt | Contingent;<br>Unliquidated | 31,500.00 |
| Clear Channel<br>4570 Collections Center Drive<br>Chicago, IL 60693 | Clear Channel<br>4570 Collections Center Drive<br>Chicago, IL 60693 | Trade Debt | | 29,000.00 |
| Guido D'Elia<br>120 Tradition Cove<br>State College, PA 16803 | Guido D'Elia<br>120 Tradition Cove<br>State College, PA 16803 | Trade Debt | Disputed;<br>Subject to set-off | 25,787.50 |
| Chubb & Son<br>Fifth Avenue Place<br>120 Fifth Avenue, Floor 21<br>Pittsburgh, PA 15222-3008 | Chubb & Son<br>Fifth Avenue Place<br>120 Fifth Avenue, Floor 21<br>Pittsburgh, PA 15222-3008 | Trade Debt | | 21,438.00 |
| US Bank Equipment Finance<br>PO Box 790448<br>Saint Louis, MO 63179-0448 | US Bank Equipment Finance<br>PO Box 790448<br>Saint Louis, MO 63179-0448 | Copier Lease | | 21,400.41 |
| Chegg, Inc.<br>3990 Freedom Circle<br>Santa Clara, CA 95054 | Chegg, Inc.<br>3990 Freedom Circle<br>Santa Clara, CA 95054 | Trade Debt | | 20,000.00 |
| NKDY, LLC<br>388 State St.<br>Suite 420<br>Salem, OR 97301 | NKDY, LLC<br>388 State St.<br>Suite 420<br>Salem, OR 97301 | Trade Debt | | 19,556.05 |
| Associated Production Music, LLC<br>6255 Sunset Blvd.<br>Suite 900<br>Los Angeles, CA 90028 | Associated Production Music, LLC<br>6255 Sunset Blvd.<br>Suite 900<br>Los Angeles, CA 90028 | Trade Debt | | 15,416.67 |
| Flipside Media, Inc.<br>1050 Saxonburg Blvd.<br>Glenshaw, PA 15116 | Flipside Media, Inc.<br>1050 Saxonburg Blvd.<br>Glenshaw, PA 15116 | Trade Debt | | 11,623.54 |
| Rose Garfinkle Design<br>32 Broadway #310<br>Asheville, NC 28801 | Rose Garfinkle Design<br>32 Broadway #310<br>Asheville, NC 28801 | Trade Debt | | 11,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**
In re  **D'Elia Wittkofski Incorporated**                                          Case No.
                                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  November 22, 2015                    Signature   s/Cecil Foster
                                                        **Cecil Foster**
                                                        **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **D'Elia Wittkofski Incorporated**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **D'Elia Wittkofski Incorporated** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Cecil Foster
1721 McCullough Street
Pittsburgh, PA 15212**

☐ None [*Check if applicable*]

**November 22, 2015**
Date

**/s/ Kathryn L. Harrison**
**Kathryn L. Harrison 209601**
Signature of Attorney or Litigant
Counsel for **D'Elia Wittkofski Incorporated**
**Campbell & Levine, LLC**
**310 Grant Street, Suite 1700**
**Pittsburgh, PA 15219**
**412-261-0310 Fax:412-261-5066**